<table>
<tr><td colspan="2"><strong>Information to identify the case:</strong></td></tr>
</table>

| Debtor 1 | Robert M. Mohoska | Social Security number or ITIN  xxx–xx–6066 |
|---|---|---|
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   25–23364–JAD

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert M. Mohoska

4/27/26

**By the court:**  Jeffery A. Deller
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Robert M. Mohoska

    Debtor

Case No. 25-23364-JAD

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2                      User: auto                      Page 1 of 3

Date Rcvd: Apr 27, 2026                  Form ID: 318                 Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert M. Mohoska, 201 Park Lane, Glenshaw, PA 15116-1929 |
| 16617553 | | AT&T, 1025 Lenox Road Blvd, Atlanta, GA 30319 |
| 16617557 | + | Captial One Bank, N.A., C/o Paul J. Klemm, Esq, 425 Eagle Rock Ave, Roseland, NJ 07068-1717 |
| 16617572 | + | Michael Ratchford, Esq, 120 North Keyser Ave., Scranton, PA 18504-9701 |
| 16617575 | + | RAB Performance Recovery, 10 Forest Avenue, Paramus, NJ 07652-5252 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 28 2026 04:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 28 2026 04:29:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Apr 28 2026 00:36:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 28 2026 00:36:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 16617550 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 28 2026 00:36:00 | American Honda Finance, American Honda Finance Corporation, Attn, Po Box 168128, Irving, TX 75016-8128 |
| 16617549 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 28 2026 00:36:00 | American Honda Finance, Po Box 168128, Irving, TX 75016-8128 |
| 16617552 | + | Email/PDF: bncnotices@becket-lee.com | Apr 28 2026 00:41:38 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 16617551 | + | Email/PDF: bncnotices@becket-lee.com | Apr 28 2026 00:41:47 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 16617555 | | EDI: BANKAMER | Apr 28 2026 04:29:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 16617554 | + | EDI: BANKAMER | Apr 28 2026 04:29:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 16617556 | + | EDI: CAPITALONE.COM | Apr 28 2026 04:29:00 | Cap1/kohls Dept Store, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16617559 | + | EDI: CITICORP | Apr 28 2026 04:29:00 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |

District/off: 0315-2

User: auto

Page 2 of 3

Date Rcvd: Apr 27, 2026

Form ID: 318

Total Noticed: 38

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 16617558 | + | EDI: CITICORP | Apr 28 2026 04:29:00 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 16617560 | + | EDI: CITICORP | Apr 28 2026 04:29:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 16617561 | + | EDI: CITICORP | Apr 28 2026 04:29:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 16617563 | + | EDI: WFNNB.COM | Apr 28 2026 04:29:00 | Comenity Capital/Dell, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 16617562 | + | EDI: WFNNB.COM | Apr 28 2026 04:29:00 | Comenity Capital/Dell, Po Box 182120, Columbus, OH 43218-2120 |
| 16617566 | | EDI: DISCOVER | Apr 28 2026 04:29:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 16617564 | + | EDI: DISCOVER | Apr 28 2026 04:29:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 16617569 | + | Email/Text: bankruptcy@greenskycredit.com | Apr 28 2026 00:36:00 | GreenSky, Attn: Bankruptcy, 5565 Glenridge Connector Suite #700, Atlanta, GA 30342-4796 |
| 16617568 | + | Email/Text: bankruptcy@greenskycredit.com | Apr 28 2026 00:36:00 | GreenSky, 5565 Glenridge Connector, Atlanta, GA 30342-4796 |
| 16617570 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2026 00:41:39 | LVNV Funding LLC/Resurgent Capital Servi, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 16617571 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2026 00:41:43 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 16617573 | | EDI: PRA.COM | Apr 28 2026 04:29:00 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 16617574 | | EDI: PRA.COM | Apr 28 2026 04:29:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 16617576 | + | Email/Text: ngisupport@radiusgs.com | Apr 28 2026 00:36:00 | Radius Global Solutions LLC, 500 North Franklin Turnpike, Suite 200, Ramsey, NJ 07446-1178 |
| 16617577 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 28 2026 00:41:43 | Secretary of Housing and Urban Develop., 451 Seventh Street SW, Washington, DC 20410-0001 |
| 16617578 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Apr 28 2026 00:36:00 | Sunrise Credit Services, Inc., 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 16617579 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Apr 28 2026 00:36:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, Po Box 9004, Melville, NY 11747-9004 |
| 16617581 | + | EDI: SYNC | Apr 28 2026 04:29:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16617580 | + | EDI: SYNC | Apr 28 2026 04:29:00 | Synchrony Bank/Amazon, Po Box 71737, Philadelphia, PA 19176-1737 |
| 16617583 | + | Email/Text: BK@servicingdivision.com | Apr 28 2026 00:36:00 | The Money Source Inc., Attn: Bankruptcy, 3138 E. Elwood St. Suite #200, Phoenix, AZ 85034-7210 |
| 16617582 | + | Email/Text: BK@servicingdivision.com | Apr 28 2026 00:36:00 | The Money Source Inc., 3138 E Elwood St, Phoenix, AZ 85034-7210 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID        Bypass Reason    Name and Address**

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2026 | Form ID: 318 | Total Noticed: 38 |

| | | |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| 16617567 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 16617565 | *+ | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2026                              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Crystal H. Thornton-Illar | cthornton-illar@leechtishman.com  PA95@ecfcbis.com;dbender@leechtishman.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |
| Lauren M. Lamb | on behalf of Debtor Robert M. Mohoska julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 6