**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bank. Case No.: 25-23364-JAD |
| | ) | |
| Robert Mohoska | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | The Honorable Jeffery A. Deller |
| | ) | |
| Crystal H. Thornton-Illar, | ) | Document No. |
| | ) | |
| Chapter 7 Trustee, | ) | Related Doc. Nos. 18 & 19 |
| | ) | |
| v. | ) | Hearing Date & Time: |
| | ) | **May 26, 2026 @ 10:00 a.m.** |
| NO RESPONDENT, | ) | |
| | ) | Response Deadline:  **May 16, 2026** |
| Respondent. | ) | |

**CERTIFICATE OF SERVICE REGARDING TRUSTEE'S**
**MOTION TO WITHDRAW THE REPORT OF NO DISTRIBUTION**

    I, Crystal H. Thornton-Illar, certify under penalty of perjury that I served the ***Motion to Withdraw the Report of No Distribution*** regarding the same as set forth on the attached sheet.

                                 LEECH TISHMAN FUSCALDO & LAMPL, LLC

Dated: April 29, 2026            By: */s/ Crystal H. Thornton-Illar*
                                 Crystal H. Thornton-Illar
                                 PA I.D. No.93003
                                 525 William Penn Place, 28th Floor
                                 Pittsburgh, PA  15219
                                 Telephone:  412.261.1600
                                 Facsimile:   412.227.5551
                                 cthornton-illar@leechtishman.com

**VIA Electronic Mail and the Court's CM/ECF System on April 29, 2026:**

| | | |
|---|---|---|
| **Keri P. Ebeck**<br>Metz Lewis<br>444 Liberty Avenue<br>Suite 2100<br>Pittsburgh, PA 15222<br>kebeck@metzlewis.com | representing | **Duquesne Light Company**<br>c/o Bernstein-Burkley, P.C.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219<br>kebeck@bernsteinlaw.com<br>*(Creditor)* |
| **Matthew Fissel**<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>bkgroup@kmllawgroup.com | representing | **LAKEVIEW LOAN SERVICING, LLC**<br>*(Creditor)* |
| **Jeffrey Hunt**<br>GRB Law<br>525 William Penn Place<br>Suite 3110<br>Pittsburgh, PA 15219<br>ecfpeoples@grblaw.com | representing | **Peoples Natural Gas Company LLC**<br>GRB Law<br>c/o Jeffrey R. Hunt, Esquire<br>525 William Penn Place, Suite 3110<br>Pittsburgh, PA 15219<br>jhunt@grblaw.com<br>*(Creditor)* |
| **Lauren M. Lamb**<br>Steidl & Steinberg, P.C.<br>436 7th Ave.<br>Koppers Building<br>Suite 322<br>Pittsburgh, PA 15219<br>llamb@steidl-steinberg.com | representing | **Robert M. Mohoska**<br>201 Park Lane<br>Glenshaw, PA 15116<br>*(Debtor)* |

**VIA First-Class, U.S. Mail, Postage Prepaid on April 29, 2026:**

| | |
|---|---|
| AT&T<br>Attn: President and/or General Counsel<br>1025 Lenox Road Boulevard<br>Atlanta, GA 30319 | American Honda Finance Corporation<br>Attn: President and/or General Counsel<br>P.O. Box 168128<br>Irving, TX 75016-8128 |

| | |
|---|---|
| AMEX<br>Attn: President and/or General Counsel<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | AMEX<br>Attn: President and/or General Counsel<br>P.O. Box 981537<br>El Paso, TX 79998-1537 |
| Bank of America<br>Attn: President and/or General Counsel<br>P.O. Box 982238<br>El Paso, TX 79998-2238 | Cap1/Kohl's Dept Store<br>Attn: President and/or General Counsel<br>P.O. Box 31293<br>Salt Lake City, UT 84131-0293 |
| Capital One Bank, N.A.<br>c/o Paul J. Klemm, Esq.<br>425 Eagle Rock Avenue<br>Roseland, NJ 07068-1717 | Citibank/Best Buy<br>Citicorp Cr. Srvs./Centralized Bankruptcy<br>Attn: President and/or General Counsel<br>P.O. Box 790046<br>St. Louis, MO 63179-0046 |
| Citibank/Best Buy<br>Attn: President and/or General Counsel<br>P.O. Box 6497<br>Sioux Falls, SD 57117-6497 | Citibank/The Home Depot<br>Citicorp Cr. Srvs./Centralized Bankruptcy<br>Attn: President and/or General Counsel<br>P.O. Box 790046<br>St. Louis, MO 63179-0046 |
| Citibank/The Home Depot<br>Attn: President and/or General Counsel<br>P.O. Box 6497<br>Sioux Falls, SD 57117-6497 | Comenity Capital/Dell<br>Attn: Bankruptcy<br>P.O. Box 182125<br>Columbus, OH 43218-2125 |
| Comenity Capital/Dell<br>Attn: President and/or General Counsel<br>P.O. Box 182120<br>Columbus, OH 43218-2120 | Discovery Financial Services LLC<br>Attn: President and/or General Counsel<br>P.O. Box 3025<br>New Albany, OH 43054-3025 |
| GreenSky<br>Attn: President and/or General Counsel<br>5565 Glenridge Connector #700<br>Atlanta, GA 30342-4796 | LVNV Funding LLC/Resurgent Capital Services<br>Attn: President and/or General Counsel<br>P.O. Box 1269<br>Greenville, SC 29602-1269 |
| Michael Ratchford, Esq.<br>120 North Keyser Avenue<br>Scranton, PA 18504-9701 | Office of the U.S. Trustee<br>1000 Liberty Avenue, Suite 1316<br>Pittsburgh, PA 15222-4013 |

| | |
|---|---|
| Portfolio Recovery Associates LLC<br>Attn: President and/or General Counsel<br>P.O. Box 41067<br>Norfolk, VA 23541-1067 | RAB Performance Recovery<br>Attn: President and/or General Counsel<br>10 Forest Avenue<br>Paramus, NJ 07652-5252 |
| Radius Global Solutions LLC<br>Attn: President and/or General Counsel<br>500 North Franklin Turnpike<br>Suite 200<br>Ramsey, NJ 07446-1178 | US Department of Housing & Urban Development<br>Attn: Office of Regional Counsel<br>801 Market Street, 12th Floor<br>Philadelphia, PA 19107-3126 |
| Sunrise Credit Services, Inc.<br>Attn: President and/or General Counsel<br>260 Airport Plaza<br>Farmingdale, NY 11735-3946 | Sunrise Credit Services, Inc.<br>Attn: Bankruptcy<br>P.O. Box 9004<br>Melville, NY 11747-9004 |
| Synchrony Bank/Amazon<br>Attn: Bankruptcy<br>P.O. Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Amazon<br>Attn: President and/or General Counsel<br>P.O. Box 71737<br>Philadelphia, PA 19176-1737 |
| The Money Source Inc.<br>Attn: President and/or General Counsel<br>3138 E. Elwood Street, Suite #200<br>Phoenix, AZ 85034-7210 | Robert M. Mohoska<br>201 Park Lane<br>Glenshaw, PA 15116-1929 |