**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 25-23364-JAD |
| | ) | |
| ROBERT MOHOSKA, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | The Honorable Jeffery A. Deller |
| CRYSTAL H. THORNTON-ILLAR, | ) | |
| Chapter 7 Trustee, | ) | Document No. ___ |
| | ) | |
| Movant, | ) | Related Doc. Nos. 18 & 19 |
| | ) | |
| v. | ) | Hearing Date & Time: |
| | ) | **May 26, 2026 at 10:00 a.m.** |
| NO RESPONDENT, | ) | |
| | ) | Response Deadline: **May 16, 2026** |
| Respondent. | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING THE**
**MOTION TO WITHDRAW THE REPORT OF NO DISTRIBUTION**

1.     On April 29, 2026, Crystal H. Thornton-Illar, the Chapter 7 Trustee (the "Trustee") filed her Motion to Withdraw the Report of No Distribution (the "Motion") [Docket No. 18].

2.     Pursuant to the Notice of Hearing with Response Deadline [Docket No. 19] (the "Notice"), responses, if any, to the Motion were required to have been filed with the Bankruptcy Court on or before May 16, 2026 (the "Response Deadline").

3.     The Response Deadline has passed and no objections or responses to the Motion appear on the docket or were served upon the undersigned counsel. In accordance with the Notice, if no response is filed, the Bankruptcy Court may determine after review of the Motion that no hearing is required and accordingly enter an Order by default.

-2-

Respectfully submitted,

LEECH TISHMAN FUSCALDO & LAMPL, LLC

Dated:  May 19, 2026                    By: */s/ Crystal H. Thornton-Illar*
                                        Crystal H. Thornton-Illar, Esquire
                                        PA I.D. No. 93003
                                        525 William Penn Place, 28th Floor
                                        Pittsburgh, PA 15219
                                        Telephone: 412.261.1600
                                        Facsimile:  412.227.5551
                                        cthornton-illar@leechtishman.com

                                        *The Chapter 7 Trustee*