**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bank. Case No.: 25-23364-JAD |
| | ) | |
| Robert Mohoska | ) | Chapter 7 |
| | ) | |
| _____Debtor._____ | ) | |
| | ) | Related to |
| Crystal H. Thornton-Illar, | ) | Document No.    18 |
| | ) | |
| Chapter 7 Trustee, | ) | Hearing Date & Time: |
| | ) | **May 26, 2026 @ 10:00 a.m.** |
| v. | ) | |
| | ) | |
| NO RESPONDENT, | ) | **DEFAULT O/E JAD** |
| | ) | |
| _____Respondent._____ | ) | |

**ORDER OF COURT**

AND NOW, this __22nd__ day of ___May___ 2026, it is hereby ORDERED, ADJUDGED, and DECREED that the Chapter 7 Trustee's REPORT OF NO Distribution is hereby WITHDRAWN.

BY THE COURT

Dated: ___May 22___, 2026

_____ sjk
The Honorable Jeffery A. Deller
United States Bankruptcy Judge

FILED
5/22/26 8:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 25-23364-JAD

Robert M. Mohoska

Chapter 7

Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 22, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2026:**

| Recip ID | Recipient Name and Address |
| db | + Robert M. Mohoska, 201 Park Lane, Glenshaw, PA 15116-1929 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2026 at the address(es) listed below:

| Name | Email Address |
| Crystal H. Thornton-Illar | |
| | on behalf of Trustee Crystal H. Thornton-Illar cthornton-illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com |
| Crystal H. Thornton-Illar | |
| | cthornton-illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com |
| Jeffrey Hunt | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com btemple@metzlewis.com |
| Lauren M. Lamb | |
| | on behalf of Debtor Robert M. Mohoska julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;calendars@steidl-steinberg.com |

District/off: 0315-2                          User: auto                                      Page 2 of 2

Date Rcvd: May 22, 2026                       Form ID: pdf900                                 Total Noticed: 1

Matthew Fissel
                   on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
                   ustpregion03.pi.ecf@usdoj.gov


TOTAL: 7