**Form 154**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**       29

In re:

Bankruptcy Case No.: 25–23364–JAD

Chapter: 7

**Robert M. Mohoska**
  Debtor(s)

**NOTICE OF NEED TO FILE PROOF OF CLAIM**
**DUE TO RECOVERY OF ASSETS**

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. The trustee has now reported that property in the estate is available or may become available for distribution to creditors.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **August 26, 2026**.

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing–proof–claim using the Electronic Proof of Claim ("ePOC") System.

Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing–proof–claim.

There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                                    Michael R. Rhodes
  U.S. Bankruptcy Court                                                    *Clerk, U.S. Bankruptcy Court*
  c/o CLAIMS CLERK
  5414 U.S Steel Tower
  600 Grant Street
  Pittsburgh, PA 15219

Dated: 6/17/26

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                    Case No. 25-23364-JAD

Robert M. Mohoska                                                         Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                    User: admin                         Page 1 of 3

Date Rcvd: Jun 17, 2026                 Form ID: 154                    Total Noticed: 36

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Robert M. Mohoska, 201 Park Lane, Glenshaw, PA 15116-1929 |
| 16617553 | | AT&T, 1025 Lenox Road Blvd, Atlanta, GA 30319 |
| 16617557 | + | Captial One Bank, N.A., C/o Paul J. Klemm, Esq, 425 Eagle Rock Ave, Roseland, NJ 07068-1717 |
| 16617572 | + | Michael Ratchford, Esq, 120 North Keyser Ave., Scranton, PA 18504-9701 |
| 16617575 | + | RAB Performance Recovery, 10 Forest Avenue, Paramus, NJ 07652-5252 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Jun 18 2026 00:31:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 18 2026 00:31:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 16617550 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 18 2026 00:32:00 | American Honda Finance, American Honda Finance Corporation, Attn, Po Box 168128, Irving, TX 75016-8128 |
| 16617549 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 18 2026 00:32:00 | American Honda Finance, Po Box 168128, Irving, TX 75016-8128 |
| 16617552 | + | Email/PDF: bncnotices@becket-lee.com | Jun 18 2026 00:33:37 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 16617551 | + | Email/PDF: bncnotices@becket-lee.com | Jun 18 2026 00:33:22 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 16617555 | | EDI: BANKAMER | Jun 18 2026 04:22:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 16617554 | + | EDI: BANKAMER | Jun 18 2026 04:22:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 16617556 | + | EDI: CAPITALONE.COM | Jun 18 2026 04:23:00 | Cap1/kohls Dept Store, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16617559 | + | EDI: CITICORP | Jun 18 2026 04:23:00 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 16617558 | + | EDI: CITICORP | Jun 18 2026 04:23:00 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 16617560 | + | EDI: CITICORP | Jun 18 2026 04:23:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 16617561 | + | EDI: CITICORP | Jun 18 2026 04:23:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St |

|  |  |  | Louis, MO 63179-0046 |
|---|---|---|---|
| 16617563 | + | EDI: WFNNB.COM | |
|  |  | Jun 18 2026 04:23:00 | Comenity Capital/Dell, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 16617562 | + | EDI: WFNNB.COM | |
|  |  | Jun 18 2026 04:23:00 | Comenity Capital/Dell, Po Box 182120, Columbus, OH 43218-2120 |
| 16617566 |  | EDI: DISCOVER | |
|  |  | Jun 18 2026 04:23:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 16617564 | + | EDI: DISCOVER | |
|  |  | Jun 18 2026 04:23:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 16617569 | + | Email/Text: bankruptcy@greenskycredit.com | |
|  |  | Jun 18 2026 00:32:00 | GreenSky, Attn: Bankruptcy, 5565 Glenridge Connector Suite #700, Atlanta, GA 30342-4796 |
| 16617568 | + | Email/Text: bankruptcy@greenskycredit.com | |
|  |  | Jun 18 2026 00:32:00 | GreenSky, 5565 Glenridge Connector, Atlanta, GA 30342-4796 |
| 16617570 |  | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | Jun 18 2026 00:33:23 | LVNV Funding LLC/Resurgent Capital Servi, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 16617571 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | Jun 18 2026 00:33:23 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 16617573 |  | EDI: PRA.COM | |
|  |  | Jun 18 2026 04:23:00 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 16617574 |  | EDI: PRA.COM | |
|  |  | Jun 18 2026 04:23:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 16617576 | + | Email/Text: ngisupport@radiusgs.com | |
|  |  | Jun 18 2026 00:31:00 | Radius Global Solutions LLC, 500 North Franklin Turnpike, Suite 200, Ramsey, NJ 07446-1178 |
| 16617577 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | |
|  |  | Jun 18 2026 00:33:36 | Secretary of Housing and Urban Develop., 451 Seventh Street SW, Washington, DC 20410-0001 |
| 16617578 | + | Email/Text: bankruptcy@sunrisecreditservices.com | |
|  |  | Jun 18 2026 00:31:00 | Sunrise Credit Services, Inc., 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 16617579 | + | Email/Text: bankruptcy@sunrisecreditservices.com | |
|  |  | Jun 18 2026 00:31:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, Po Box 9004, Melville, NY 11747-9004 |
| 16617581 | + | EDI: SYNC | |
|  |  | Jun 18 2026 04:23:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16617580 | + | EDI: SYNC | |
|  |  | Jun 18 2026 04:23:00 | Synchrony Bank/Amazon, Po Box 71737, Philadelphia, PA 19176-1737 |
| 16617583 | + | Email/Text: BK@servicingdivision.com | |
|  |  | Jun 18 2026 00:31:00 | The Money Source Inc., Attn: Bankruptcy, 3138 E. Elwood St. Suite #200, Phonenix, AZ 85034-7210 |
| 16617582 | + | Email/Text: BK@servicingdivision.com | |
|  |  | Jun 18 2026 00:31:00 | The Money Source Inc., 3138 E Elwood St, Phoenix, AZ 85034-7210 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| 16617567 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 16617565 | *+ | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

District/off: 0315-2                           User: admin                                Page 3 of 3
Date Rcvd: Jun 17, 2026                        Form ID: 154                          Total Noticed: 36

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Crystal H. Thornton-Illar | cthornton-illar@leechtishman.com  PA95@ecfcbis.com;dbender@leechtishman.com |
| Crystal H. Thornton-Illar | on behalf of Trustee Crystal H. Thornton-Illar cthornton-illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |
| Lauren M. Lamb | on behalf of Debtor Robert M. Mohoska llamb@steidl-steinberg.com julie.steidl@steidl-steinberg.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com; bwilhelm@steidl-steinberg.com;calendars@steidl-steinberg.com;ken.steidl@steidl-steinberg.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 7