**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bank. Case No.: 25-23364-JAD |
| | ) | |
| ROBERT M. MOHOSKA, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | The Honorable Jeffery A. Deller |
| | ) | |
| CRYSTAL H. THORNTON-ILLAR, | ) | Related Doc. Nos. 25 & 26 |
| Chapter 7 Trustee of Robert M. Mohoska | ) | |
| | ) | Hearing Date and Time. |
| Movant, | ) | **June 30, 2026 at 10:00 a.m.** |
| | ) | |
| | ) | Response Deadline:  **June 21, 2026** |
| v. | ) | |
| | ) | |
| NO RESPONDENT. | ) | |
| | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING TRUSTEE'S
APPLICATION TO EMPLOY COUNSEL TO THE CHAPTER 7 TRUSTEE AND
NOTICE OF HEARING WITH RESPONSE DEADLINE**

1.  On June 4, 2026, Trustee's Application to Employ Counsel to the Chapter 7 Trustee (the "Application") [Docket No. 25] was filed.

2.  Pursuant to the Notice of Hearing with Response Deadline [Docket No. 26] (the "Notice"), responses, if any, to the Application were required to have been filed with the Bankruptcy Court on or before June 21, 2026 (the "Response Deadline").

3.  The Response Deadline has passed and no objections or objections to the Application appear on the docket or were served upon the undersigned counsel. In accordance with the Notice, if no response is filed, the Bankruptcy Court may determine after review of the Application that no hearing is required and accordingly enter Proposed Order by default.

LEECH TISHMAN FUSCALDO & LAMPL, LLC

Dated: June 23, 2026          By: */s/ Crystal H. Thornton-Illar*
                                  Crystal H. Thornton-Illar (Pa. I.D. No.93003)
                                  525 William Penn Place, 28th Floor
                                  Pittsburgh, PA  15219
                                  Telephone:  412.261.1600
                                  Facsimile:  412.227.5551
                                  Email: cthornton-illar@leechtishman.com
                                  *Chapter 7 Trustee*