**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bank. Case No.: 25-23364-JAD |
| | ) | |
| ROBERT M. MOHOSKA, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | The Honorable Jeffery A. Deller |
| _____ | ) | |
| CRYSTAL H. THORNTON-ILLAR, | ) | Related to Doc No. ___25___ |
| Chapter 7 Trustee of Robert M. Mohoska, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | **DEFAULT O/E JAD** |
| | ) | |
| NO RESPONDENT. | ) | |
| _____ | ) | |

**ORDER OF COURT**

AND NOW, upon this ___26th___ day of _____June_____, 2026 consideration of the

Trustee's Application to Employ Counsel to the Chapter 7 Trustee (the "Motion"), and it appearing

that Crystal H. Thornton-Illar and the law firm of Leech Tishman Fuscaldo Lampl, LLC represent

no interest adverse to this estate; it is hereby ORDERED, ADJUDGED and DECREED that:

1)    the Motion is Granted;

2)    Crystal H. Thornton-Illar, the Chapter 7 Trustee, has authority to hire Crystal H.
      Thornton-Illar and the law firm of Leech Tishman Fuscaldo and Lampl, LLC as
      attorneys to the Trustee in this case for the reasons set forth in the Motion; and

3)    Crystal H. Thornton-Illar and Leech Tishman Fuscaldo & Lampl, LLC will only
      receive compensation in this case after the filing and approval of a fee application
      by this Court.

BY THE COURT

sjk

The Honorable Jeffery A. Deller
United States Bankruptcy Judge

Dated: ___June 26___, 2026

FILED
6/26/26 10:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Robert M. Mohoska

     Debtor

Case No. 25-23364-JAD

Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 26, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert M. Mohoska, 201 Park Lane, Glenshaw, PA 15116-1929 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2026       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Crystal H. Thornton-Illar | cthornton-illar@leechtishman.com  PA95@ecfcbis.com;dbender@leechtishman.com |
| Crystal H. Thornton-Illar | on behalf of Trustee Crystal H. Thornton-Illar cthornton-illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |
| Lauren M. Lamb | on behalf of Debtor Robert M. Mohoska llamb@steidl-steinberg.com julie.steidl@steidl-steinberg.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com; bwilhelm@steidl-steinberg.com;calendars@steidl-steinberg.com;ken.steidl@steidl-steinberg.com |

District/off: 0315-2                                    User: auto                                    Page 2 of 2

Date Rcvd: Jun 26, 2026                                Form ID: pdf900                              Total Noticed: 1

Matthew Fissel
                    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov


TOTAL: 7