**IN THE UNTIED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ROBERT M. MOHOSKA,<br><br>Debtor. | Bankruptcy Case No. 25-23364-JAD<br><br><br><br>Chapter 7 |
| CRYSTAL THORNTON-ILLAR, the Chapter 7 Trustee,<br><br>Movant,<br><br>v.<br><br>ROBERT M. MOHOSKA,<br>AMERICAN HONDA FINANCE,<br>THE MONEY SOURCE, INC.,<br>AMEX, AT&T,<br>BANK OF AMERICA,<br>CAPITAL ONE, CITIBANK,<br>COMENITY CAPITAL,<br>DISCOVER FINANCIAL,<br>GREENSKY,<br>LVNV FUNDING, LLC,<br>PORTFOLIO RECOVERY<br>ASSOCIATES, LLC,<br>RAB PERFORMANCE RECOVERY,<br>RADIUS GLOBAL SOLUTIONS, LLC,<br>SUNRISE CREDIT SERVICES, INC.,<br>SYNCHRONY BANK.<br>Respondents. | Docket No.<br><br><br>Hearing Date: Nov. 3, 2026<br>at 10:00 a.m.<br><br>Response Date: Oct. 26, 2026 |

## CERTIFICATE OF NO OBJECTION

1. On October 8, 2026, the Moton to Approve Compromise under Rule 9019 Among the Chapter 7 Trustee and the Debtor (the "Motion") [Docket No. 34] was filed.

2. Pursuant to the Notice of Zoom Hearing with Response Deadline [Docket No. 35] (the "Notice"), responses, if any, to the Motion were required to have been filed with the Bankruptcy Court on or before October 26, 2026 (the "Response Deadline").

3. The Response Deadline has passed and no objections or objections to the Motion appear on the docket or were served upon the undersigned counsel. In accordance with the Notice, if no response is filed, the Bankruptcy Court may determine after review of the Motion that no hearing is required and accordingly enter Proposed Order by default.

LEECH TISHMAN FUSCALDO & LAMPL, LLC

Date: October 27, 2026

By: /s/ *Crystal H. Thornton-Illar*

Crystal H. Thornton-Illar
PA I.D. No. 93003
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219
Telephone: 412.261.1600
Facsimile: 412.227.5551
Email: cthornton-illar@leechtishman.com
*Chapter 7 Trustee*